THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON B. SAVERY, Appellant. (Appeal No. 3.) [769 NYS2d 442]— Appeal from a judgment of Oswego County Court (Hafner, Jr., J.), entered January 3, 2002, convicting defendant upon his plea of guilty of burglary in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see* Penal Law § 70.30 [1] [e] [ii] [B]). Present—Green, J.P., Hurlbutt, Scudder, Kehoe and Hayes, JJ.